# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 11-0576 AG (MLGx) | Date | May 13, 2011 |
|---|---|---|---|
| Title | NATIONAL ORGANIZATION OF ASSISTANCE FOR HOMEOWNERS OF CA v INDYMAC MORTGAGE SERVICES, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:**   [IN CHAMBERS] ORDER DISMISSING CASE WITHOUT PREJUDICE

On April 19, 2011, this Court issued an order regarding pretrial matters ("April 19 Order"). The Court ordered Plaintiffs, within 14 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The April 19 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(April 19 Order at 1-2.) Plaintiffs have not filed the declaration required by the April 19 Order. Due to Plaintiffs' failure to file this declaration, the Court ORDERS this case DISMISSED without prejudice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-0576 AG (MLGx) | Date | May 13, 2011 |
|---|---|---|---|
| Title | NATIONAL ORGANIZATION OF ASSISTANCE FOR HOMEOWNERS OF CA v INDYMAC MORTGAGE SERVICES, ET AL | | |

  :   0

Initials of
Preparer    lmb